◼ PEOPLE v ROSA PERALTA, Defendant. [598 NYS2d 751] — Motion to extend time to take appeal granted. Same memorandum as in *People v Candelario* (192 AD2d 1138 [decided herewith]). Present—Callahan, J. P., Balio, Lawton, Boomer and Davis, JJ.

◼ In the Matter of ROBO ENTERPRISES, INC., Appellant, v GENE M. AVERSA et al., Constituting the Board of Zoning Appeals for the City of Jamestown, et al., Respondents. [598 NYS2d 743] —Motion to expedite appeal denied as unnecessary. Memorandum: The motion to place the appeal on the calendar is unnecessary. The attorney for respondent Edward Jones states that respondents' briefs will be filed and served by April 13, 1993, the deadline for the filing of respondents' briefs for the May term. It is the practice of the Court to place cases on the term calendar if respondents' briefs are timely filed for that term, even where appellants' briefs have been filed later than the deadline for the filing of appellants' briefs. Present— Pine, J. P., Balio, Lawton, Boomer and Davis, JJ. (Filed Mar. 23, 1993.)

◼ ANN R. ANDERSON, Plaintiff, v WILLIAM J. ANDERSON, Appellant, and DAVID L. SCRIBNER et al., Respondents. [598 NYS2d 744] —Motion insofar as it requests permission for counsel to withdraw granted and motion otherwise denied as unnecessary. Memorandum: Respondents' motion for an extension of time is unnecessary because appellant has not filed an original stipulated or settled record and the demand served is therefore ineffective. Present: Callahan, J. P., Green, Fallon, Doerr and Boomer, JJ. (Filed Apr. 7, 1993.)